IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| CHARLES KNIGHT, #816507 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:14cv679 |
| SGT. RAMON, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Charles Knight, a prisoner confined at the Skyview psychiatric facility of the Texas prison system, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the complaint should be dismissed pursuant to the "three strikes" provisions of 28 U.S.C. § 1915(g). The Plaintiff has filed objections.

In both the original complaint and objections, the Plaintiff asserts that a computerized monitoring system has been implanted in his head. The device has purportedly damaged his neck, jaw bone and respiratory system. He wants the Court to order the prison system to remove the computerized monitoring system. The Report and Recommendation discussed how the Court previously investigated the Plaintiff's claims in two separate lawsuits and found them to be frivolous. This issue has been fully developed, and the exception to § 1915(g) does not apply.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the

findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that the Plaintiff's motion to proceed *in forma pauperis* (docket entry #9) is **DENIED**. The Plaintiff may resume the lawsuit if he pays the entire filing fee of $400 within thirty days after the entry of this order. It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 26th day of September, 2014.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE